UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAMINA PACKAGING INNOVATIONS, LLC,
       Plaintiff,

-vs-               Case No.  2:12-CV-310-FTM-99SPC

SARA HAPP, INC

       Defendant.
_____/

## ORDER

   This matter comes before the Court on the Stipulation for an Extension of Time to Respond to Plaintiff's Complaint.  (Doc. # 10) filed on July 3, 2012. Pursuant to Fed. R. Civ. P. 6(b) the Court may enlarge the time to file a responsive pleading for cause shown. The Rule reads in pertinent part:

> [w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

Fed. R. Civ. P. 6(b).

   Here, Defendant, Sara Happ, Inc., pursuant to Local Rule 3.01(g), conferred with Plaintiff about an extension of time. As a result, the Parties agreed that Sara Happ, Inc. shall have an additional thirty (30) days, up to and including August 2, 2012, to respond to Plaintiff's Complaint. The Parties filed their Stipulation before Sara Happ Inc.'s time to respond to Plaintiff's Complaint expired. Allowing Sara Happ, Inc. more time to file a response to

1

Plaintiff's Complaint would not prejudice parties to this action. As it is within the Court's discretion to allow an extension of time, this Court finds good cause to grant Plaintiff's and Sara Happ's request.

Accordingly, it is now

**ORDERED:**

Stipulation for an Extension of Time to Respond to Plaintiff's Complaint is **GRANTED**. Sara Happ, Inc. shall have up to and including **August 2, 2012**, to respond to Plaintiff's Complaint.

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

2