**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**LAMINA PACKAGING
INNOVATIONS, LLC,**

      **Plaintiff,**

v.                                                       Case No:  2:12-cv-310-FtM-99SPC

**SARA HAPP, INC.,**

      **Defendant.**
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Lamina Packaging Innovations, LLC. and the Defendant, Sara Happ, Inc.'s Joint Motion for Extension of Time Re All Deadlines (Doc. #17) filed on September 6, 2012.  District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

The Parties jointly move to enlarge the time to file a Response to the Complaint, file a Case Management Report, and Defendant's Certificate of Interested Persons and Corporate Disclosure Statement.  The Parties request that the deadlines be extended up to and including September 30, 2012.  As grounds, the Parties state they have entered into preliminary settlement discussions and therefore, the need to file the above listed documents may not be necessary. Therefore, in the interest of sparing the Parties and the Court the expense and time of filing and reviewing documents that may not be necessary, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Lamina Packaging Innovations, LLC. and the Defendant, Sara Happ, Inc.'s Joint Motion for Extension of Time Re All Deadlines  (Doc. #17) is **GRANTED**.  The Deadlines are extended as follows:

| DOCUMENT | DEADLINE |
|---|---|
| Response to the Complaint | **September 30, 2012** |
| Case Management Report | **September 30, 2012** |
| Defendant's Certificate of Interested Persons and Corporate Disclosure Statement | **September 30, 2012** |

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of September, 2012.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

2